UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | | Case No. MC21-0076RSL |
| Plaintiff, ) | | |
| v. ) | | |
| | | ORDER TO ISSUE WRIT OF |
| FRISCO BAKING COMPANY INC., ) | | GARNISHMENT |
| Defendant, ) | | |
| v. ) | | |
| CHASE BANK, ) | | |
| Garnishee. ) | | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Frisco Baking Company Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Chase Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on July 12, 2021.

Dated this 14th day of July, 2021.

*MltS Lasnik*

Robert S. Lasnik
United States District Judge